**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DR. NICK TURSE )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT )<br>OF DEFENSE, )<br>)<br>OFFICE OF THE SECRETARY )<br>OF DEFENSE/JOINT STAFF )<br>)<br>and )<br>)<br>UNITED STATES SPECIAL )<br>OPERATIONS COMMAND, )<br>)<br>Defendants. )<br>_____) | Civil Action Number: 1:22-cv-02970 |

**JOINT STATUS REPORT**

In accordance with the Court's Standing Order, the parties respectfully submit the following joint status report:

The Parties have exchanged proposals concerning reducing or eliminating remaining issues in this matter. Plaintiff is currently reviewing a draft Vaughn prepared by Defendants. Accordingly, the Parties request to provide a further Joint Status Report on or before December, 20, 2023.

Respectfully submitted,

*/s/*  _____
DEBORAH GOLDEN
The Law Office of Deborah M. Golden, PLLC
700 Pennsylvania Ave. SE,
2nd Floor, WDC 20003
202.630.0332

*Counsel for Plaintiff*

MATTHEW M. GRAVES, D.C. Bar. #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division
/s
BENTON G. PETERSON, BAR # 102984
Assistant United States Attorney
601 D. Street, N.W. – Civil Division
Washington, D.C. 20530
(202) 252-2534
Attorneys for Defendant