UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NICK TURSE, | ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | )    Case No. 22-cv-2970 (APM) <br> ) |
| U.S. DEPARTMENT OF DEFENSE, et al., | ) <br> ) |
| Defendants. | ) <br> ) |

## ORDER

For the reasons set forth in the court's Memorandum Opinion, ECF No. 32, Defendants' Motion for Summary Judgment, ECF No. 24, is granted, and Plaintiff's Cross-Motion for Summary Judgment, ECF No. 27, is denied. Judgment is hereby entered in favor of Defendants.

This is a final, appealable order.

Dated: February 24, 2025

Amit P. Mehta
United States District Court Judge